UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Luke S Goss and Tiara R Goss<br>Debtors<br>Lakeview Loan Servicing, LLC, or its Successor or Assignee<br>Movant<br><br>vs.<br><br>Luke S Goss and Tiara R Goss<br>Jack N Zaharopoulos<br>Respondents | Chapter 13<br><br>Bankruptcy No. 1:21-bk-00290-HWV |

**ORDER GRANTING SETTLEMENT STIPULATION**

Upon consideration it is hereby ORDERED that the Stipulation to Settle Motion of Lakeview Loan Servicing, LLC for Relief from the Automatic Stay is hereby APPROVED.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: September 14, 2022

Case 1:21-bk-00290-HWV   Doc 42   Filed 09/14/22   Entered 09/15/22 07:39:36   Desc
Main Document    Page 1 of 1