# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Luke S. Goss<br>      Tiara R. Goss a/k/a Tiara R Middleswarth<br>                       Debtor(s) | BK NO. 21-00290    HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                                    Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
12 Jun 2023, 10:46:39, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322