United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                          Case No. 21-00290-HWV

Luke S Goss                                                    Chapter 13

Tiara R Goss

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 08, 2023 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5393267 | #+ | FASTLENDING.COM, 1290 E. Arlington Blvd, Ste 200, Greenville, NC 27858-7854 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Lakeview Loan Servicing  LLC nj-ecfmail@mwc-law.com |
| Donald K. Zagurskie | on behalf of Debtor 1 Luke S Goss jzmlawoffice@gmail.com |
| Donald K. Zagurskie | on behalf of Debtor 2 Tiara R Goss jzmlawoffice@gmail.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Marisa Myers Cohen | |

on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@mwc-law.com

Michael Patrick Farrington

on behalf of Creditor MIDFIRST BANK mfarrington@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:21-bk-00290-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Luke S Goss
213 Ginger Lane
Mifflintown PA 17059

Tiara R Goss
213 Ginger Lane
Mifflintown PA 17059

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/07/2023.

Name and Address of Alleged Transferor(s):

Claim No. 2: FASTLENDING.COM, 1290 E. Arlington Blvd, Ste 200, Greenville, NC 27858-2785

Name and Address of Transferee:

Tribute Capital Partners LLC
P.O. Box 167762
Irving, TX  75016
Tribute Capital Partners LLC
P.O. Box 167762
Irving, TX  75016

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/10/23

Terrence S. Miller

**CLERK OF THE COURT**