**Fill in this information to identify the case:**

Debtor 1     LUKE S. GOSS

Debtor 2
(Spouse, if filing)     TIARA R. GOSS

United States Bankruptcy Court for the:     MIDDLE     District of   PA
                                                                     (State)

Case number     21-00290

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made          12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

| **Part 1:** | **Mortgage Information** |
| --- | --- |

**Name of claim holder:**     MIDFIRST BANK          **Court claim no.** (if known):
                                                                         21

**Last 4 digits** of any number you use to identify the debtor's account:     9   2   1   9

**Property address:**     213 GINGER LANE
                         Number        Street

                         MIFFLINTOWN,        PA        17059
                         City                  State      ZIP Code

| **Part 2:** | **Statement of Completion** |
| --- | --- |

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: _____ (web address).

| **Part 3:** | **Arrearages** |
| --- | --- |

|  | **Amount** |
| --- | --- |
| a. Allowed amount of prepetition arrearage: | $ 1,102.32 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 1,102.32 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ _____ |
| d. Total amount of arrearages disbursed by the trustee: | $ 1,102.32 |

Official Form 410C13-N          **Trustee's Notice of Disbursements Made**          page 1

Case 1:21-bk-00290-HWV    Doc 56    Filed 12/23/25    Entered 12/23/25 10:26:31    Desc
Main Document      Page 1 of 3

## Part 4: Postpetition Payments

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:      $ _____

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor
to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee:      $ _____

## Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/Donna Schott, Funds Manager      Date  12 / 23 / 2025
Signature

Trustee    Jack      N      Zaharopoulos
         First Name    Middle Name    Last Name

Address    8125 Adams Drive, Suite A
         Number      Street

         Hummelstown      PA      17036
         City          State    ZIP Code

Contact phone ( 717 ) 566 – 6097      Email info@pamd13trustee.com

Case 1:21-bk-00290-HWV    Doc 56    Filed 12/23/25    Entered 12/23/25 10:26:31    Desc
Main Document      Page 2 of 3

# Disbursements for Claim

**Case: 21-00290          LUKE S GOSS**

**LOANCARE, LLC**

|  |  |
|---|---|
| Sequence: 24 |  |
| Modify: |  |
| Filed Date: |  |
| Hold Code: |  |

, -

Acct No: Ginger Lane - PRE-ARREARS -

AREARS - 213 GINGER LANE

|  |  | Debt: | $1,102.32 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|
| Amt Sched: | $155,800.00 |  |  | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $1,102.32 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | DisbDescrp |  |  |
| **5200** | **LOANCARE, LLC** |  |  |  |  |  |  |  |
| 520-0 | LOANCARE, LLC |  | 09/14/2021 | 9011994 | $749.86 | $0.00 | $749.86 | 09/14/2021 |
| 520-0 | LOANCARE, LLC |  | 08/18/2021 | 9011741 | $352.46 | $0.00 | $352.46 | 08/18/2021 |

|  |  |  |  |  |
|---|---|---|---|---|
| Sub-totals: | $1,102.32 | $0.00 | $1,102.32 |  |
| Grand Total: | $1,102.32 | $0.00 |  |  |