United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Luke S Goss<br>Tiara R Goss<br>    Debtors | Case No. 21-00290-HWV<br>Chapter 13 |

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3
Date Rcvd: Jan 06, 2026      Form ID: 3180W      Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Luke S Goss, Tiara R Goss, 213 Ginger Lane, Mifflintown, PA 17059-8217 |
| 5405462 | + | Kohl's c/o Peritus Portfolio, P.O. Box 141509, Irving, TX 75014-1509 |
| 5391699 | + | Lakeview Loan Servicing, LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 5390441 | + | Rainbow Finance LLC, 1290 E Arlington Blvd, Greenville, NC 27858-7854 |
| 5390442 | + | Ronald & Eunice V. Fassio, 1230 Clark Hill Rd, Mount Pleasant Mills, PA 17853-8161 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: Q3GTBI | Jan 06 2026 23:45:00 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | + | EDI: PRA.COM | Jan 06 2026 23:45:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: PRA.COM | Jan 06 2026 23:45:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5405260 | | EDI: Q3GTBI | Jan 06 2026 23:45:00 | BUREAUS INVESTMENT GROUP, PORTFOLIO NO 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5390426 | | Email/Text: cms-bk@cms-collect.com | Jan 06 2026 18:46:00 | Capital Management Services LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 5391872 | | EDI: CAPITALONE.COM | Jan 06 2026 23:45:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5390427 | | EDI: CAPITALONE.COM | Jan 06 2026 23:45:00 | Capital One Services LLC, Attn Bankruptcy Dept, PO Box 30273, Salt Lake City, UT 84130-0273 |
| 5390428 | | EDI: CAPITALONE.COM | Jan 06 2026 23:45:00 | Capital One/Walmart, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 5390429 | + | EDI: CITICORP | Jan 06 2026 23:45:00 | CitiBank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 5395711 | | EDI: CITICORP | Jan 06 2026 23:45:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5390430 | + | Email/Text: mediamanagers@clientservices.com | Jan 06 2026 18:46:00 | Client Services Inc, PO Box 1503, Saint Peters, MO 63376-0027 |
| 5390431 | + | EDI: WFNNB.COM | Jan 06 2026 23:45:00 | Comenity Bank/Justice, Bankruptcy Department, |

| Recipient | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 5390432 | + | EDI: WFNNB.COM | Jan 06 2026 23:45:00 | PO Box 182125, Columbus, OH 43218-2125 Comenity Capital Bank/My Place Rewa, Bankruptcy Dept, PO Box 183043, Columbus, OH 43218-3043 |
| 5393267 | + | Email/Text: chris@fastlending.com | Jan 06 2026 18:46:00 | FASTLENDING.COM, 1290 E. Arlington Blvd, Ste 200, Greenville, NC 27858-7854 |
| 5390433 | | EDI: CAPITALONE.COM | Jan 06 2026 23:45:00 | Kohl's/Capital One, PO Box 3043, Milwaukee, WI 53201-3043 |
| 5390434 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 06 2026 18:46:00 | Lakeview Loan Servicing, LLC, Attn Customer Service, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 5404601 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 06 2026 18:46:00 | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5390435 | | EDI: SYNC | Jan 06 2026 23:45:00 | Lowes/Synchrony Bank, Attn Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 5390436 | | Email/Text: compliance@monarchrm.com | Jan 06 2026 18:46:00 | Monarch Recovery Management, 3260 Tillman Dr Ste 75, Bensalem, PA 19020 |
| 5545035 | + | EDI: AISMIDFIRST | Jan 06 2026 23:45:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 5545034 | + | EDI: AISMIDFIRST | Jan 06 2026 23:45:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 5394009 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 06 2026 18:46:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5390437 | | Email/Text: Bankruptcies@nragroup.com | Jan 06 2026 18:46:00 | National Recovery, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5390439 | | EDI: PRA.COM | Jan 06 2026 23:45:00 | Portfolio Recovery Assoc LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 5505110 | | EDI: PRA.COM | Jan 06 2026 23:45:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5505111 | | EDI: PRA.COM | Jan 06 2026 23:45:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5400658 | | EDI: PRA.COM | Jan 06 2026 23:45:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5390440 | + | EDI: G2RSPSECU | Jan 06 2026 23:45:00 | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5394713 | | EDI: Q3G.COM | Jan 06 2026 23:45:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5390443 | | EDI: CITICORP | Jan 06 2026 23:45:00 | Sears/CBNA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 5390470 | + | EDI: AIS.COM | Jan 06 2026 23:45:00 | Synchrony Bank by AIS InfoSource, LP as, agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5390444 | | EDI: SYNC | Jan 06 2026 23:45:00 | Synchrony Bank/JCP, Attn Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 5390445 | | EDI: SYNC | Jan 06 2026 23:45:00 | Synchrony Bank/Old Navy, Attn Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 5390446 | | EDI: SYNC | Jan 06 2026 23:45:00 | Synchrony Bank/PayPal Credit, Attn Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |

| | | | | |
| --- | --- | --- | --- | --- |
| 5390447 | + | EDI: CITICORP | Jan 06 2026 23:45:00 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5582815 | + | Email/Text: louis@tributecap.com | Jan 06 2026 18:46:00 | Tribute Capital Partners LLC, P.O. Box 167762, Irving, TX 75016, Tribute Capital Partners LLC, P.O. Box 167762, Irving, TX 75016-7762 |
| 5582814 | + | Email/Text: louis@tributecap.com | Jan 06 2026 18:46:00 | Tribute Capital Partners LLC, P.O. Box 167762, Irving, TX 75016-7762 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | *+ | Tribute Capital Partners LLC, P.O. Box 167762, Irving, TX 75016-7762 |
| 5401978 | *+ | Synchrony Bank by AIS InfoSource, LP as, agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5390438 | ##+ | Patenaude & Felix APC, 501 Corporate Drive, Southpointe Suite #205, Canonsburg, PA 15317-8584 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2026         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Andrew M. Lubin | on behalf of Creditor Lakeview Loan Servicing LLC nj-ecfmail@mwc-law.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Donald K. Zagurskie | on behalf of Debtor 1 Luke S Goss jzmlawoffice@gmail.com |
| Donald K. Zagurskie | on behalf of Debtor 2 Tiara R Goss jzmlawoffice@gmail.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Marisa Myers Cohen | on behalf of Creditor Lakeview Loan Servicing LLC ecfmail@mwc-law.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Luke S Goss | Social Security number or ITIN: xxx-xx-4165 | EIN: __-_____ |
| Debtor 2 (Spouse, if filing): Tiara R Goss | Social Security number or ITIN: xxx-xx-8965 | EIN: __-_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | | |
| Case number: 1:21-bk-00290-HWV | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Luke S Goss

Tiara R Goss
aka Tiara R Middleswarth

1/6/26

**By the court:**

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W            **Chapter 13 Discharge**            page 2