Debtor 1     <u>Tiara R Goss aka Tiara R Middleswarth and Luke S Goss</u>

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: <u>MIDDLE</u> District of <u>Pennsylvania           </u>
(State)

Case number    <u>21-00290 HWV</u>

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made
12/25

The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).

## Part 1: Mortgage Information

**Name of claim holder:** <u>MIDFIRST BANK</u>

**Court claim no.** (if known): <u>  21  </u>

**Last 4 digits** of any number you use to identify the debtor's account:

**Property address:**     <u>213 Ginger Lane</u>
                                  Number      Street
                                  <u>Mifflintown   PA 17059</u>
                                  City                         State     ZIP Code

## Part 2: Arrearages

The total amount received to cure any arrearages as of the date of this response:    $<u>1,102.32           </u>.

*Check all that apply:*

☒ The amount required to cure any prepetition arrearage has been paid in full.

☐ The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the date of this response:    $<u>                 </u>.

☐ The amount required to cure any postpetition arrearage has been paid in full.

☐ The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining
      unpaid as of the date of this response:    $<u>                 </u>.

## Part 3: Postpetition Payments

(a) *Check all that apply:*

☒ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: __/__/__.

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

i. Date last payment was received on the mortgage: 01 / 05 / 2026

ii. Date next postpetition payment from the debtor is due: 01 / 01 / 2026

iii. Amount of the next postpetition payment that is due: $ 1,043.07

iv. Unpaid principal balance of the loan: $ 139,331.29

v. Additional amounts due for any deferred or accrued interest: $ 728.62

vi. Balance of the escrow account: $ 973.79

vii. Balance of unapplied funds or funds held in a suspense account: $ 113.84

viii. Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: $ 0.00

## Part 4: Itemized Payment History

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

| Part 5: | Sign Here |

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Name ✗ /s/ Denise Carlon   Date January 20, 2026
     Signature
     Denise Carlon
     First name    Middle name    Last name

Title   Attorney for Secured Creditor

Company   KML Law Group, P.C.
          Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   701 Market Street, Suite, 5000
          Number      Street

          Philadelphia                    PA        19196
          City                            State     ZIP Code

Contact phone  (215) 627-1322                    Email  bkgroup@kmllawgroup.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Tiara R Goss aka Tiara R Middleswarth**<br>**Luke S Goss**<br>       Debtor(s)<br><br>**MIDFIRST BANK**<br>       Movant<br>  vs.<br><br>**Tiara R Goss aka Tiara R Middleswarth**<br>**Luke S Goss**<br>       Debtor(s)<br><br>**Jack N. Zaharopoulos**,<br>       Trustee | BK NO. 21-00290 HWV<br><br>Chapter 13<br><br>Related to Claim No. 21 |

## CERTIFICATE OF SERVICE
### RESPONSE TO TRUSTEE'S NOTICE OF DISBURSEMENTS MADE

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>January 20, 2026</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Tiara R Goss aka Tiara R Middleswarth
213 Ginger Lane
Mifflintown, PA 17059

Luke S Goss
213 Ginger Lane
Mifflintown, PA 17059

<u>Attorney for Debtor(s) (via ECF)</u>
Donald K. Zagurskie
117 Main Street
PO Box O
Mifflin, PA 17058

<u>Trustee (via ECF)</u>
Jack N. Zaharopoulos
Standing Chapter 13 (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail

Dated: <u>January 20, 2026</u>

                    **/s/ Denise Carlon**
                    Denise Carlon Esquire
                    Attorney I.D. 317226
                    KML Law Group, P.C.
                    BNY Mellon Independence Center
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106
                    201-549-2363
                    dcarlon@kmllawgroup.com

**PAYOFF FUNDS PANEL**   1/13/2026   12:58:30 PM ET

Account Number: [redacted]   Name: LUKE S GOSS

**Funds Detail Information**

| | |
|---|---|
| Principal | 139331.29 |
| Interest From 12/01/25 | |
| To 01/13/26 | 728.62 |
| Prepayment Penalty Interest | 0.00 |
| Advance For Taxes/Insur: | 0.00 |
| FHA Premium Due HUD | 0.00 |
| Optional Insurance | 0.00 |
| Late Charges Due | 0.00 |
| Mortgage Balance Due: | 140059.91 |
| P&I Advance | 0.00 |
| Deferred Amounts | 0.00 |
| Fees Assessed with Payoff Quote | 0.00 |
| Total MRA Funds Due | 0.00 |

**Interest Calculations**

| | |
|---|---|
| Fees Required with Payoff Funds | 83.75 |
| Fees Currently Assessed | 0.00 |
| Buyer Assistance | 0.00 |

**Funds to be Credited**

| | |
|---|---|
| Less Escrow/Impound Funds | 0.00 |
| Less Unapplied Funds | 113.84 |
| Less Buydown Funds | 0.00 |
| Less Financed Cov Rebate Funds | 0.00 |
| Less SAC Amounts Paid | 0.00 |
| Less Remaining PRA | 0.00 |
| Less Early Refunds | 0.00 |
| Total Balance Due: | 140029.82 |

**Funds Retained**

| | |
|---|---|
| Escrow/Impound Funds | 973.79 |
| Unapplied Funds | 0.00 |
| Buydown Funds | 0.00 |

**Escrow/Impound Required**

**Interest Calculations**

| Rate | From | To/Thru | Int Due |
|---|---|---|---|
| 4.500 | 12/01/25 | 01/01/26 | 522.49 |
| 4.500 | 01/01/26 | 01/13/26 | 206.13 |

**Per Diem/Expiration Information**

After 01/12/26   Add   17.1778
FOR INTEREST PER DAY

Quote Expires   01/13/26
Financed Cov Rebate Good Until   00/00/00
After 01/12/26   Add   0.0000
FOR SIMPLE INSURANCE PER DAY

Message: CLICK RETURN TO EXIT   OK