United States Bankruptcy Court

Middle District of Pennsylvania

In re: | Case No. 21-00290-HWV

Luke S Goss

Chapter 13

Tiara R Goss

Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2

Date Rcvd: May 27, 2026      Form ID: fnldec      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2026:**

**Recip ID**      **Recipient Name and Address**
db/jdb      +   Luke S Goss, Tiara R Goss, 213 Ginger Lane, Mifflintown, PA 17059-8217

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Andrew M. Lubin
     on behalf of Creditor Lakeview Loan Servicing LLC nj-ecfmail@mwc-law.com

Donald K. Zagurskie
     on behalf of Debtor 2 Tiara R Goss jzmlawoffice@gmail.com

Donald K. Zagurskie
     on behalf of Debtor 1 Luke S Goss jzmlawoffice@gmail.com

Jack N Zaharopoulos
     ecf_pahu_alt@trustee13.com

Marisa Myers Cohen
     on behalf of Creditor Lakeview Loan Servicing LLC ecfmail@mwc-law.com

Matthew K. Fissel
     on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com wbecf@brockandscott.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Luke S Goss,                              Chapter        13

**Debtor 1**

                                          Case No.       1:21−bk−00290−HWV

Tiara R Goss,
aka Tiara R Middleswarth,

**Debtor 2**

Social Security No.:

                    xxx−xx−4165            xxx−xx−8965

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

### Jack N Zaharopoulos

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated:  May 27, 2026

**fnldec** (01/22)